UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 25-cv-04462-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Robert M. Illman for consideration of whether the case is related to *Hudson v Commissioner of Social Security,* 1:19-cv-00337-RMI.

**IT IS SO ORDERED.**

Dated: June 17, 2025

_____
TRINA L. THOMPSON
United States District Judge